Dale Ossip Johnson, Esq.
The Johnson Law Group
P. O. Box 427
Cedar Park, Texas 78630-0427
Tel. 512-328-7764 | Fax 202-595-0017
ossip@ossipian.com
Attorney for Defendant
Micheal Breese

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAN CAPITAL ASSET SERVICING, INC., F/K/A NEWLOGIC BUSINESS LOANS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HOMESTAR FIELD SERVICES, LLC, A FOREIGN LIMITED LIABILITY COMPANY, DBA HOMESTAR FIELD SERVICES AND MICHEAL BREESE A/K/A MICHEAL JOSEPH BREESE, INDIVIDUALLY,<br><br>Defendants | Case Number: 19-cv-00992-L<br><br>DEFENDANT MICHEAL BREESE'S MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY MOTION TO TRANSFER |

TO THE HONORABLE COURT:

Defendant Micheal Breese moves to dismiss this suit for improper venue as follows:

1. This motion is brought pursuant to Fed. R. Civ. P. 12(b)(3) and alternatively pursuant to 28 U.S.C. § 1404(a).

2. Venue of this suit does not satisfy the requirements of 28 U.S.C. § 1391(b) and is improper in this judicial district because:

a) The individual Defendant, Micheal Breese, is a resident and citizen of the State of Minnesota and were so at the time of the filing of his suit.

b) Defendant Homestar Field Services LLC is organized under the laws of Delaware, is not qualified to do business in the State of Texas and has no property or property rights in the State of Texas.

c) No defendant is subject to this Court's personal jurisdiction.

d) No material event or omission by any defendant regarding the Business Loan Agreement, which is the basis of this suit, occurred in the State of Texas. All material events and omissions took place in the State of Utah and the State of Minnesota. More specifically:

   i. The parties in the agreement agreed that the validity of the agreement was dependent upon the receipt and acceptance by and the signature of Lender in the State of Utah.
   ii. The parties to the agreement agreed that all "credit and other decisions" were made by Lender in the State of Utah
   iii. Defendant Homestar Field Services LLC's repayment performance of the agreement took place in the State of Minnesota by Account Clearing House ("ACH") transfers from Defendant's bank located in Minneapolis, Minnesota.

e) Defendant Homestar Field Services, L.L.C. has no property or property rights in the State of Texas. Whatever may constitute collateral securing the loan is in the State of Minnesota.

3. This Court should dismiss this suit pursuant to Fed. R. Civ. P. 12(b)(3).

4. Alternatively, the Business Loan Agreement contains a forum-selection clause generally providing that the venue for the resolution of disputes of

2

any nature shall be in the state or federal courts of the State of Utah. In the absence of this court dismissing the suit, pursuant to Fed. R. Civ. P. 12(b)(3) pursuant to 28 U.S.C. § 1404(a) this court must transfer the suit to the United States District Court for the District of Utah.

5. The Affidavit of Defendant Micheal Breese in support of this motion is attached as Exhibit "A."

6. A true and correct copy of the notice of forfeiture by Secretary of State of Texas of Defendant Homestar Field Services LLC on 28 July 2017 is attached as Exhibit "B."

WHEREFORE PREMISES CONSIDERED, Defendant Micheal Breese prays the sufficiency of his motion and that the relief sought herein be granted as follows:

(1) The case should be dismissed.

(2) Alternatively, this court should transfer the case to the United States District Court for the District of Utah.

/s/ Dale Ossip Johnson

Dale Ossip Johnson
Tex. SBN: 10700000

## CERTIFICATE OF SERVICE

I hereby certify that on 20 September 2019 I electronically filed the foregoing document by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

**Plaintiff:**

Can Capital Asset Servicing, Inc. f/k/a  M. H. Ceronsky, Esq.
New Logic Business Loans, Inc.          Ceronsky, Rosen & Garcia, P.C.
                                        1770 St. James place, Suite 150
                                        Houston, Texas 77056

                                        Attorneys for Plaintiff


                                        /s/ Dale Ossip Johnson
                                        _____
                                        Dale Ossip Johnson

EXHIBIT "A"

Dale Ossip Johnson, Esq.
The Johnson Law Group
P. O. Box 427
Cedar Park, Texas 78630-0427
Tel. 512-328-7764 | Fax 202-595-0017
ossip@ossipian.com
Attorney for Defendant
Micheal Breese

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAN CAPITAL ASSET SERVICING, INC., F/K/A NEWLOGIC BUSINESS LOANS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HOMESTAR FIELD SERVICES, LLC, A FOREIGN LIMITED LIABILITY COMPANY, DBA HOMESTAR FIELD SERVICES AND MICHEAL BREESE A/K/A MICHEAL JOSEPH BREESE, INDIVIDUALLY, <br><br> Defendants | Case Number: 19-cv-00992-L <br><br> AFFIDAVIT OF MICHEAL BREESE IN SUPPORT OF DEFENDANT MICHEAL BREESE'S MOTION TO DISMISS FOR IMPROPER VENUE OR ALTERNATIVELY MOTION TO TRANSFER. |

"My name is Micheal Breese." I am a Defendant in the above entitled and numbered case. I am over the age of eighteen years and fully competent to make and give this affidavit. I have personal knowledge of all facts stated herein unless expressly stated otherwise."

" I am a resident and citizen of the State of Minnesota and were such at the time of the filing of this suit."

"Defendant Homestar Field Services LLC is a Delaware limited liability company. It is not qualified to do business in the State of Texas and otherwise does not have an office or actual presence in the State of Texas."

"At all times material to the Business Loan Agreement, upon which Plaintiff predicates its suit, the business bank account of Defendant Homestar Field Services LLC was in Minneapolis, Minnesota. Plaintiff processed an Automated

Clearing House (ACH) form to Defendant Homestar Field Services LLC's bank and collected all installment payments on the loan from Defendant Homestar Field Services LLC's bank account."

"Homestar Field Services, LLC has no property, property rights or documents constituting collateral securing the Business Loan Agreement, which is the subject of the pending suit, in the State of Texas. What remains of collateral, if any, is in the State of Minnesota."

## TEX. CIV. PRACT. & REM. CODE § 132.001(d) DECLARATION

"My name is Michael Breese. My date of birth is 7 November 1981. My address is 10460 Vermillion Circle, NE, Blain, Minnesota 55449. I declare under penalty of perjury I have read the foregoing Affidavit, and the facts contained therein are true and correct."

Executed in Hennipen County, State of Minnesota on the 19th day of September, 2019.

Micheal Breese
Affiant/Declarant

2

EXHIBIT "B"

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Rolando B. Pablos
Secretary of State

# Forfeiture pursuant to Section 171.309 of the Texas Tax Code
## of
## HomeStar Field Services, LLC

File Number : 802101912          Certificate / Charter forfeited :   July 28, 2017

The Secretary of State finds that:

1. The Secretary has received certification from the Comptroller of Public Accounts under Section 171.302 of the Texas Tax Code indicating that there are grounds for the forfeiture of the taxable entity's charter, certificate or registration; and

2. The Comptroller of Public Accounts has determined that the taxable entity has not revived its forfeited privileges within 120 days after the date that the privileges were forfeited.

Therefore, pursuant to Section 171.309 of the Texas Tax Code, the Secretary of State hereby forfeits the charter, certificate or registration of the taxable entity as of the date noted above and records this notice of forfeiture in the permanent files and records of the entity.





Rolando B. Pablos
Secretary of State

Come visit us on the Internet @http://www.sos.state.tx.us/

(512) 463-5555          FAX (512) 463-5709          TTY 7-1-1