| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF TEXAS |

| | |
|---|---|
| CAN CAPITAL ASSET SERVICING, INC., § <br> F/K/A NEWLOGIC BUSINESS LOANS, § <br> INC., § <br>     Plaintiff, § <br> §<br> vs. § <br> § <br> HOMESTAR FIELD SERVICES, LLC, a § <br> foreign limited liability company D/B/A § <br> HOMESTAR FIELD SERVICES and § <br> MICHEAL BREESE A/KA/ MICHEAL § <br> JOSEPH BREESE, Individually, § <br>     Defendants. § | Civil Action **3:19-cv-00992-L** |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

TO THE HONORABLE JUDGE REBECCA RUTHERFORD:

    Comes now, CAN CAPITAL ASSET SERVICING, INC., F/K/A NEWLOGIC BUSINESS LOANS, INC., Plaintiff in the above entitled and numbered cause of action and files this its Motion to Dismiss without prejudice.

    Respectfully submitted,

    **CERSONSKY, ROSEN & GARCIA, P.C.**

    By: /s/ M. H. Cersonsky
    M. H. Cersonsky, TBA 04048500
    Email: mhcersonsky@law-crg.com
    1770 St. James Place, Suite 150,
    Texas 77056
    (713) 600-8500 (Telephone)
    (713) 600-8585 (Facsimile)
    **ATTORNEY FOR PLAINTIFF,**
    **CAN CAPITAL ASSET SERVICING,**
    **INC. F/K/A NEWLOGIC BUSINESS**
    **LOANS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was filed electronically on this 31th day of October 2019, and served to the registered lawyer. Additionally, parties may access this filing through the Court's system and notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

**Via Regular mail and Electronic filing System.**
Dale Ossip Johnson, Esq.
Attorney for Defendant
The Johnson Law Group
P.O. Box 427
Cedar Park, Texas 78630-0427

                                              <u>/s/ M. H. Cersonsky</u>
                                              M. H. Cersonsky