| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | NORTHERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| CAN CAPITAL ASSET SERVICING, INC., F/K/A NEWLOGIC BUSINESS LOANS, INC., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action **3:19-cv-00992-L** |
| HOMESTAR FIELD SERVICES, LLC, a foreign limited liability company D/B/A HOMESTAR FIELD SERVICES and MICHEAL BREESE A/KA/ MICHEAL JOSEPH BREESE, Individually, | § § § § § § | |
| Defendants. | § | |

## **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

ON THIS DAY, the Court considered the Plaintiff's Motion to Dismiss without Prejudice and finds that the Motion should be GRANTED.

It is therefore, ORDERED, that this case, styled CAN CAPITAL ASSET SERVICING, INC., F/K/A NEWLOGIC BUSINESS LOANS, INC v. HOMESTAR FIELD SERVICES, LLC, a foreign limited liability company D/B/A HOMESTAR FIELD SERVICES and MICHEAL BREESE A/KA/ MICHEAL JOSEPH BREESE, Individually., be and is hereby dismissed without prejudice.

It is so Ordered this ___ day of _____ , 2019.

                                                                                            _____
                                                                                            Rebecca Rutherford
                                                                                            United States Magistrate Judge